**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CRIMINAL ACTION NO. 5:23-cr-00009-KKC**

*ELECTRONICALLY FILED*

UNITED STATES OF AMERICA                                    PLAINTIFF

v.

JOSE ALZADON, ET AL.                                        DEFENDANT

---

**DEFENDANTS' JOINT MOTION TO
EXTEND DEADLINE TO FILE RESPONSE (<u>ON CONSENT</u>)**

---

On January 9, 2024, the United States filed an Omnibus Motion seeking to admit certain evidence at trial under Federal Rule of Evidence 404(b) and addressing other evidentiary issues. ECF No. 129. This Court's Local Rules require that a response to a motion be filed within fourteen days. LCrR 47.1(d). Thus, the current deadline for defendants to file responses to the Omnibus Motion is Thursday, January 23, 2025.

Defendants Michael Bregenzer, Jose Alzadon, and Barbie Vanhoose jointly request that the Court issue an order extending the deadline for them to file responses to the Government's Omnibus Motion and setting the new deadline as Monday, February 3, 2025. The undersigned attorneys have been considering the arguments

1

raised in the Government's Motion and have concluded that they require additional time to formulate responses.  The evidentiary issues raised in the Omnibus Motion are of fundamental importance and resolution of the issues may significantly reduce the amount of litigation necessary during trial.

The undersigned have discussed this matter with counsel for the United States, and the United States has consented to the requested extension.

**WHEREFORE**, the undersigned respectfully request that the Court issue an order extending the deadline for defendants to file responses to the Government's Omnibus Motion from January 23, 2025, to February 3, 2025.

Dated: January 22, 2025

Respectfully submitted,

*/s/   Ronald W. Chapman II.*
Ronald W. Chapman II, Esq., LL.M.
MI Bar No. P73179
(Admitted Pro Hac Vice)
CHAPMAN LAW GROUP
1441 West Long Lake Road, Suite 310
Troy, Michigan 48098
T: (248) 644-6326
F: (248) 644-6324
RWChapman@ChapmanLawGroup.com

*/s/   John J. Dowling III.*
John J. Dowling III.
NC Bar No. 57517
(Admitted Pro Hac Vice)
DOWLING DEFENSE GROUP LLC
101 N. McDowell St, Suite 200
Charlotte, North Carolina 28204

2

Ph: 631-574-7905
E: john@dowlingdefensegroup.com

*Attorneys for Defendant Michael Bregenzer*

*/s/   Noah R. Friend (on consent)*
Noah R. Friend
NOAH R. FRIEND LAW FIRM, PLLC
PO Box 341
Versailles, KY 40383
E: noah@friendlawfirm.com
Fax: 502-716-6158
Phone: 606-369-7030

*Attorney for Defendant Jose Alzadon*

*/s/   Michael J. Curtis (on consent)*
Michael J. Curtis
CURTIS LEGAL SERVICES, PSC
1544 Winchester Ave., Suite 708
P.O. Box 1455
Ashland, Kentucky 41105
T: 606-324-5435
F: 606-324-5496
curtislegal1@windstream.net

*Attorney for Barbie Vanhoose*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing through the

CM/ECF system on counsel for all parties.

This the 22nd day of January, 2025.

*/s/   John J. Dowling III.*
John J. Dowling III.

3