# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>JOSE ALZADON, M.D.,<br>    Defendant. | CRIMINAL NO. 5:23-09-KKC-MAS-1<br><br><br>**ORDER** |

IT IS ORDERED that the Sentencing Hearing, currently scheduled for November 25, 2025, is CONTINUED to February 6, 2026 at 1:00 p.m. in Lexington, Kentucky.

This 13th day of November, 2025.

Signed By:

*Karen K. Caldwell* KKC

United States District Judge