UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

**CRIMINAL ACTION NO. 5:23-CR-09-KKC**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V.    **PRELIMINARY JUDGMENT OF FORFEITURE** **FOR FORFEITURE MONEY JUDGMENT** | |
| JOSE ALZADON, M.D. and MICHAEL BREGENZER | DEFENDANTS |

\* \* \* \* \*

Based on the Jury Verdict [R. 226], and for the reasons stated at bar, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that, pursuant to 18 U.S.C. § 982(a)(7) and 21 U.S.C. § 853: the United States is entitled to forfeiture money judgments (1) against Defendant José Alzadon in the amount of $155,520.00 and (2) against Defendant Michael Bregenzer in the amount of $325,152.44, which represents the amount of proceeds that each of the defendants obtained as a result of the offenses for which they were convicted.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Criminal Procedure 32.2(b)(4)(A), this forfeiture order will become final as to the Defendants at the time of sentencing and shall be made part of the sentence and included in the judgments.

**IT IS FURTHER ORDERED** that the United States is authorized to conduct appropriate discovery and any necessary ancillary proceedings as to the rights of third parties, pursuant to 21

U.S.C. § 853 and Federal Rule of Criminal Procedure 32.2(c), and as to the collection of the forfeiture money judgment, pursuant to Federal Rule of Criminal Procedure 32.2(b)(3).

**IT IS FURTHER ORDERED** that the forfeiture money judgment constitutes a debt owed to the United States that is separate and distinct from any restitution, fine, or penalty ordered by the Court and that shall survive bankruptcy. The United States may take necessary steps to satisfy the forfeiture money judgments, including but not limited to moving to amend this forfeiture order, pursuant to Rule 32.2(e), to substitute property having a value not to exceed $155,520.00 to satisfy Alzadon's money judgment in whole or in part and not to exceed $325,152.44 to satisfy Bregenzer's money judgment in whole or in part.

**IT IS FURTHER ORDERED** that the Clerk shall deliver copies of this Order to all counsel of record and United States Probation.