# Exhibit A

| | |
|---|---|
| **From:** | Lynch, Dermot (CRM) |
| **To:** | Edwards, Sarah (CRM); Noah Friend; Ronald Chapman II; curtislegal1@windstream.net |
| **Cc:** | Pardesi, Abdus Samad (CRM) |
| **Subject:** | Ricardo-Only Data Demonstrative |
| **Date:** | Tuesday, March 11, 2025 9:55:58 PM |
| **Attachments:** | Ricardo Billed and Paid Alzadon-99213-99214-99406.pdf |
| | Ricardo Only- All Codes -Medicaid Medicare.pdf |

Dear Counsel,

We intend to elicit testimony and use as a demonstrative this subset of the data that are in Exhibits 77a and 77b.

Respectfully,

Dermot

**RICARDO ALZADON**
**MEDICARE & MEDICAID**
**CPT Codes 99213, 99214, 99406**
**OCTOBER 1, 2017-DECEMBER 31, 2020**

| Procedure Code | Service Description | Distinct Patient Cnt | Total Submitted | Total Paid Prov |
|---|---|---|---|---|
| 99213 | Established patient office visit, typically 15 minutes | 490 | $1,737,435.19 | $370,795.52 |
| 99214 | Established patient office visit, typically 25 minutes | 161 | $320,613.08 | $37,027.92 |
| 99406 | Smoking and tobacco use intensive counseling, 3-10 minutes | 407 | $216,939.00 | $33,992.42 |
| Grand Total | | | $2,274,987.27 | $441,815.86 |

**MEDICARE & MEDICAID**
**SUMMARY OF ALL CPT/HCPCS CODES BILLED**
**RICARDO ALZADON, MD**
**OCTOBER 1, 2017-DECEMBER 31, 2020**

| Procedure Code | Procedure Code Description | Distinct Patient Cnt | Total Submitted | Total Paid Prov |
|---|---|---|---|---|
| 80305 | Testing for presence of drug, read by direct observation | 252 | $452,749.28 | $43,901.32 |
| 80307 | Testing for presence of drug, by chemistry analyzers | 295 | $1,774,201.00 | $164,785.72 |
| 81025 | Urine pregnancy test | 22 | $980.00 | $142.83 |
| 82075 | Measurement of alcohol level in breath specimen | 293 | $751,680.00 | $135,018.54 |
| 90785 | Psychiatric services complicated by communication factor | 2 | $235.80 | $23.06 |
| 90791 | Psychiatric diagnostic evaluation | 84 | $39,746.12 | $8,005.06 |
| 90832 | Psychotherapy, 30 minutes | 144 | $136,264.73 | $37,465.23 |
| 90833 | Psychotherapy with evaluation and management visit, 30 minutes | 29 | $19,117.44 | $4,108.33 |
| 90834 | Psychotherapy, 45 minutes | 69 | $25,692.24 | $6,833.80 |
| 90836 | Psychotherapy with evaluation and management visit, 45 minutes | 32 | $29,920.00 | $5,751.22 |
| 90837 | Psychotherapy, 1 hour | 88 | $75,379.84 | $21,952.95 |
| 90838 | Psychotherapy with evaluation and management visit, 1 hour | 32 | $66,300.00 | $12,649.20 |
| 90839 | Individual Psychotherapy | 2 | $550.64 | $216.28 |
| 90847 | Family psychotherapy with patient, 50 minutes | 7 | $1,944.00 | $714.25 |
| 90853 | Group psychotherapy | 156 | $65,309.36 | $14,677.45 |
| 99204 | New patient office or other outpatient visit, typically 45 minutes | 119 | $71,028.01 | $12,387.63 |
| 99213 | Established patient office or other outpatient visit, typically 15 minutes | 490 | $1,737,435.19 | $370,795.52 |
| 99214 | Established patient office or other outpatient, visit typically 25 minutes | 161 | $320,613.08 | $37,027.92 |
| 99401 | Preventive medicine counseling, typically 15 minutes | 236 | $579,626.72 | $73,459.72 |
| 99406 | Smoking and tobacco use intensive counseling, greater than 3 minutes up to 10 minutes | 407 | $216,939.00 | $33,992.42 |

*Source Data*: 19-2601-KAC and NAV Claims 2017-2023 & LE_072823_UMWR256221 PartB_IDS_TIN_NCH_V10_New

**MEDICARE & MEDICAID**
**SUMMARY OF ALL CPT/HCPCS CODES BILLED**
**RICARDO ALZADON, MD**
**OCTOBER 1, 2017-DECEMBER 31, 2020**

| Procedure Code | Procedure Code Description | Distinct Patient Cnt | Total Submitted | Total Paid Prov |
|---|---|---|---|---|
| H0001 | Drug/Alcohol Assessment | 3 | $2,025.00 | $21.53 |
| H0002 | Drug/Alcohol Screen | 43 | $23,441.92 | $3,980.25 |
| H0016 | Drug/Alcohol Service | 3 | $1,500.00 | $0.00 |
| H0038 | Self-Help/Peer Svc Per 15 min | 63 | $10,090.92 | $2,376.36 |
| T1007 | Treatment Plan Development | 67 | $39,296.04 | $8,628.96 |
| T2023 | Monthly Targeted Case Management | 4 | $9,356.00 | $766.80 |
| | **Grand Total** | | $6,451,422.33 | $999,682.35 |

*Source Data*: 19-2601-KAC and NAV Claims 2017-2023 & LE_072823_UMWR256221 PartB_IDS_TIN_NCH_V10_New