UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CRIMINAL ACTION 23-CR-00009-KKC

UNITED STATES OF AMERICA                                                                 PLAINTIFF,

V.         **LIST OF SENTENCING MEMORANDUM EXHIBITS**

JOSE ALZADON, M.D.                                                                              DEFENDANT

| Sentencing Exhibit Number | Description | Trial Exhibit Number (if applicable) |
|---|---|---|
| A | Jose Alzadon Contract | DEF 1014 |
| B | Excerpt from texts between Bregenzer and Berry | USA 475 |
| C | Billing texts | USA 459 |
| D | Email from Barbie | N/A |
| E | Tiffany Wright Smoking Cessation | USA 58A |
| F | Chart Locking Affidavits | N/A |
| G | Letter from Irvington re: Suspension | N/A |
| H | Letter from Irvington re: No Further Action | N/A |
| I | Letter from UK Physician | N/A |
| J | KAC Incident Report | N/A |
| K | KAC Complaint vs Dr. Alzadon | N/A |
| L | SEALED – Letter from former patient and family | N/A |
| M | SEALED – Medical Description & Photos | N/A |