## December 2, 2022



GOVERNMENT EXHIBIT
USA v. Alzadon, et al
475
5:23-cr-9-KKC-MAS



**Mike**

>> Each note in the charts state that smoking cessation was addressed

>> It's not in any detail

> It's going to be problematic for us that we knew there was an issue and didn't address it. And it continued. That's what will get us. Hard to just blame Barbie

> How far back did you go for that patient, back to the beginning?

>> Not all the way to the beginning bc we weren't using that smoking code in the beginning

>> We can't control what the providers do we can't practice medicine and it was addressed

> True. I have some ideas.

>> Good

>> I noticed all my text answers are very short

>> Also I didn't reply on a lot of emails

> That's good


GX.475.002



Or bad I'm not sure which. Lol

I hope good



GX.475.003