# February 28, 2020



Feb 28, 2020 at 3:21PM

**Trouper**
Hey Ben, are you using 90853 for group and is it on a unit basis or event basis?

**Ben Ferguson**
I'm doing some 90853 but mostly h2027

90853 is unit based only for beacon, all the other insurance is event base

Beacon won't accept 90853 as event

**Trouper**
Interesting... What is the difference between 90853 and H2027 practically speaking?

**Ben Ferguson**
Education vs psychogroup therapy , we use education packets in h2027 and 90853 is typically a modality of cognitive behavioral therapy or rational emotive or reality based

**Trouper**

Text Message • RCS 

GX.459.001

**GOVERNMENT EXHIBIT**
USA v. Alzadon, et al

**459**

5:23-cr-9-KKC-MAS



**Trouper**

Interesting.... when you and Kristy get together can you show her what you use for educational packets... I see how H2027 (as opposed to 90853) is the critical piece for making this work

**Ben Ferguson**

Yes because it's unit based

**Trouper**

Yep!

**Ben Ferguson**

8 units 2 hrs pays 101.44 for h2027

**Trouper**

I was running it through a model on my end and it definitely looks good

GX.459.002



4 People

**Ben Ferguson**

H2027 101.44 = 405.76 per patient per month

T2023 334 per patient per month

T1007 68 per month treatment plan

T1007 relapse prevention 68 per month

90837 = 1hr pays 79

Total = 954.76 per month per patient

Every 3 months you can do
Mast
Dast
Cage
68 dollars each
H0001 code

**Mike Bregenzer**

Love it

GX.459.003

**Ben Ferguson**

Now do consider that's not 100% because of course not all clients will be in case management I would suggest that 50 to 75 percent clients be case management

**Trouper**

Yep, you always have to have a little factor to account for less than 100% utilization

**Mike Bregenzer**

We are all over this. Thanks Ben

**Ben Ferguson**

You're welcome I have a cheat sheet I'm gonna send that I use

GX.459.004





Trouper does this help

Kristy?

Trouper

I'll check it out

Looks like it will help a lot

## To Be Completed During the Intake Session

- Registration Form
- Agreement to Participate
- Copy of Insurance and Identification Card
- Limits of Confidentiality
- Client's Rights and Responsibilities Statement
- Substance Abuse Disclosure Policy Agreement
- Drug Screen & Phone Number Policy Agreement
- Medical Intake Packet
- DSM-5 Diagnostic Sheet (3 months)
- Cell Phone Policy
- Tele-Med Policy
- Beck's Anxiety Assessment Inventory (6 months)   H0031

## To Be Completed During FIRST Counseling Session

- Bio-Psychosocial Assessment (6 months)   H0001
- DAST (6 months)   H0001
- MAST (6 months)   H0001
- CAGE (6 months)   H0001

*Can bill in one session*

## To Be Completed During SECOND Counseling Session

- Treatment Plan (3 months-REQUIRED)   T1007
- LOCUS (6 months)   H0032
- MMSE (6 months)   H0031
- AUDIT (6 months)   99408

*Can bill in one session*

## To Be Completed During THIRD Counseling Session

- Beck's Depression Inventory (6 months)   H0031
- PHQ-9 (6 months)   96172
- Relapse Prevention Plan (3 months)   T1007

*Can be billed in one session*

Release of Information Waivers (Yearly)
Safety Plan (As Needed Basis)