Message

| | |
|---|---|
| **From:** | Barbie Vanhoose [barbie.vanhoose@kentuckyaddictioncenters.com] |
| **Sent:** | 9/25/2019 1:23:53 PM |
| **To:** | Charlotte Wallen [charlotte.wallen@kentuckyaddictioncenters.com]; Katie Picklesimer [katie.picklesimer@kentuckyaddictioncenters.com]; Sonya Davis [sonya.davis@kentuckyaddictioncenters.com]; Brayden Turner-Quillen [brayden.turner-quillen@kentuckyaddictioncenters.com]; Cheryl Adkins [cheryl.adkins@kentuckyaddictioncenters.com]; Eric Smith [eric.smith@kentuckyaddictioncenters.com]; Maria Maturino [maria.maturino@kentuckyaddictioncenters.com]; Tayla Alley [tayla.alley@kentuckyaddictioncenters.com]; Kristy Wireman [kristy.wireman@kentuckyaddictioncenters.com] |
| **Subject:** | Coding for new patients |

Good morning all.

When a patient comes into our clinic, we ask them if they are a returning patient to us or coming from another facility or never been to a clinic. With that being said, on the coding portion of the visit:

| | |
|---|---|
| 99213 | for those patients coming back to us within the 6 months |
| 99204 | for patients new to our facility |
| H0002 | for patients new to our facility and having an induction dose |
| 99214 | for returning patients that are Medicare |

We vary rarely have a patient that uses the 99204 codes, but every once in awhile we do. If you have any questions at that point, please let me know so I can help you decide which codes to use. These codes are listed on the top of the sign in sheet as well.


--
Thanks

Barbie VanHoose
Office/Billing Manager
New Age Vitality Clinic and Kentucky Addiction Centers
1032 Broadway
Paintsville, KY  41240

606-789-8531

KY0221219