## Exhibit 58a: Kentucky Addiction Centers – Tiffany Wright
## All 99406 Smoking Cessation Codes: Medicare and Kentucky Medicaid
## (January 1, 2020 – December 31, 2020)

|  | Number of Encounters with Patients | Billed Amount | Paid Amount |
|---|---|---|---|
| Kentucky Medicaid | 2,823 | $76,248 | $14,808.76 |
| Medicare | 92 | $2,484 | $343.85 |
| TOTAL | 2,915 | $78,732 | $15,152.61 |



GOVERNMENT EXHIBIT
USA v. Alzadon, et al
**58a**
5:23-cr-9-KKC-MAS

GX.58a.001

DOJ_KAC_0000737094