## AFFIDAVIT

1. My name is _Jose Alzadon_ I am a physician licensed to practice Medicine in the Commonwealth of Kentucky.

2. I am over eighteen years of age, in sound mind, and am making the declarations contained herein freely and voluntarily.

3. At all times pertinent to this affidavit I was either employed by or contracted to perform professional services at Kentucky Addiction Centers and/or New Age Vitality Clinic (hereafter collectively referred to as "the clinic").

4. The purpose of this affidavit is to summarize matters relating to the locking of various patient charts. In September of 2019, a question was raised as to the process by which providers should lock patient charts.

5. Specifically, it came to the attention of the clinic that its records were not being "locked" through the electronic medical record system.

6. While all notes were signed and completed on or near the date of service, the process being followed resulted in a potential erroneous date appearing at the bottom of the record. This inadvertent error caused the records contained in the EMR to contain a date the records were "pulled" (download or printed). That date would appear under the provider's signature rather than the actual date the provider signed the record.

7. The clinic immediately sought the advice of our legal counsel regarding the matter and requested a review of the matter, any changes to the current process, as well as any updates to historical records. Counsel's recommendation included using a new locking process in the future and completing affidavits from

providers describing the process.

8. The clinic has determined to "lock" these files the week of ___Feb 3 - Feb 9___ 2020 in order to avoid any confusion for those reviewing these records in the future.

9. As provider, I have reviewed my patient files and confirm the following:

    a. The charts are accurate and have not been changed since previously reviewed.

    b. The charts were signed at or near the time they were written which was on or near the day of the visit.

    c. I believe that the locking process described above does not alter the content of the patient's records or visit. It preserves the information which I have verified was accurate.

    d. While the locking process will affix a "locked" date consistent with the range between ___Feb 3___ and ___Feb 9___, 2020, the actual date I actually electronically signed the record was on or near the date on which the service was rendered.

## VERIFICATION

The statements in the above Affidavit are true and accurate to the best of Affiant's information and belief.

x _____
[AFFIANT NAME]

COMMONWEALTH OF KENTUCKY    )

KY0635529

COUNTY OF Johnson    ) SS:
                    )

Subscribed and acknowledged before me by [AFFIANT NAME}, this 28th day of January, 2020.

My commission expires: 7-1-2020

_Stephen A. Beggs_
NOTARY PUBLIC
State-at-Large, Kentucky

## AFFIDAVIT

1. My name is _RICARDO R. ALZAPOM_. I am a physician licensed to practice Medicine in the Commonwealth of Kentucky.

2. I am over eighteen years of age, in sound mind, and am making the declarations contained herein freely and voluntarily.

3. At all times pertinent to this affidavit I was either employed by or contracted to perform professional services at Kentucky Addiction Centers and/or New Age Vitality Clinic (hereafter collectively referred to as "the clinic").

4. The purpose of this affidavit is to summarize matters relating to the locking of various patient charts. In September of 2019, a question was raised as to the process by which providers should lock patient charts.

5. Specifically, it came to the attention of the clinic that its records were not being "locked" through the electronic medical record system.

6. While all notes were signed and completed on or near the date of service, the process being followed resulted in a potential erroneous date appearing at the bottom of the record. This inadvertent error caused the records contained in the EMR to contain a date the records were "pulled" (download or printed). That date would appear under the provider's signature rather than the actual date the provider signed the record.

7. The clinic immediately sought the advice of our legal counsel regarding the matter and requested a review of the matter, any changes to the current process, as well as any updates to historical records. Counsel's recommendation included using a new locking process in the future and completing affidavits from

providers describing the process.

8. The clinic has determined to "lock" these files the week of __Feb 3- Feb 9__, 2020 in order to avoid any confusion for those reviewing these records in the future.

9. As provider, I have reviewed my patient files and confirm the following:

    a. The charts are accurate and have not been changed since previously reviewed.

    b. The charts were signed at or near the time they were written which was on or near the day of the visit.

    c. I believe that the locking process described above does not alter the content of the patient's records or visit. It preserves the information which I have verified was accurate.

    d. While the locking process will affix a "locked" date consistent with the range between __Feb 3__ and __Feb 9__, 2020, the actual date I actually electronically signed the record was on or near the date on which the service was rendered.

**VERIFICATION**

The statements in the above Affidavit are true and accurate to the best of Affiant's information and belief.

_____
[AFFIANT NAME]

COMMONWEALTH OF KENTUCKY    )

KY0635535

COUNTY OF _Johnson_ ) SS:
)

Subscribed and acknowledged before me by [AFFIANT NAME}, this _28th_ day of _January_, 2020.

My commission expires: _7-1-2020_

_Stephene A. Boggs_
NOTARY PUBLIC
State-at-Large, Kentucky