# IRVINGTON
## GENERAL HOSPITAL

An affiliate of the Saint Barnabas Health Care System

RONALD I. DEL MAURO
President and Chief Executive Officer
Saint Barnabas Health Care System

September 8, 1999

Kamalakar R. Ayyagari, M.D.
President, Medical Staff
Irvington General Hospital

Dear Dr. Ayyagari:

A counselling session with Drs. Ricardo and J. Wes Alzadon occurred on August 12, 1999. You and Nancy Wollen were invited observers. This was a case of a patient named H■■■ B■■■who developed a 5% pneumothorax following a thoracentesis which progressed to 15% pneumothorax. At that time, a thoracic surgical consultation was called for Dr. Ricardo Alzadon. Dr. Wes Alzadon received the call, called the nursing unit and asked them to prepare a chest tube for insertion. He notified Dr. Ricardo Alzadon of the consult and was told by him to go ahead and to put the chest tube since Dr. Wes Alzadon felt that the patient had a 50% pneumothorax. Dr. Wes Alzadon acknowledges that similar instances like this have occurred 2-3 times before and that he had inserted a chest tube in these patients who were supposed to be seen by Dr. Ricardo Alzadon.

The main issues here are as follows:

1. Dr. Ricardo Alzadon was informed that if he is called for a thoracic consultation, it is his responsibility to see the patient himself or if he is unavailable, he should inform the referring physician to call another thoracic surgeon.
2. Dr. J. Wes Alzadon was informed that he cannot exercise thoracic surgical privileges that he is not credentialled for, and therefore he cannot see patients on consultation as a thoracic surgeon nor insert chest tubes on these patients. His privilege form does not include insertion of chest tubes, as this is part of thoracic surgical privileges.

It is my overall impression during this counselling session, that Dr. Ricardo Alzadon does not see anything wrong with asking his son Dr. Wes Alzadon to see patients in his behalf, who require thoracic surgical consultation. He also feels that Dr. Wes Alzadon should be able to put chest tubes under his supervision. As Chief of Thoracic Surgery, Dr. Ricardo Alzadon feels that he has the authority to allow this.

Dr. Kamalakar Ayyagari
September 8, 1999
Page 2

Dr. Wes Alzadon agrees with him. He feels that although his privileges do not include the insertion of chest tubes. as a general surgeon he should be allowed to do it, especially if his father delegates the responsibility.

As a result of the above discussions which almost took two (2) hours, it is my recommendation that Drs. Ricardo and J. Wes Alzadon be asked to appear before the Medical Executive Committee on September 16, 1999, so that these issues can be resolved according to our Medical Staff Bylaws and for the Medical Executive Committee to decide on the appropriate disciplinary action that the above circumstances may require.

Sincerely,

Jaime R. Soriano, M.D.
Chairman
Division of Surgery

JRS:jn
Cc:    N. Wollen, Executive Director
       J.W. Alzadon, M.D.
       R. Alzadon, M.D.