# IRVINGTON GENERAL HOSPITAL
*Affiliate of the Saint Barnabas Health Care System*

RONALD J. DEL MAURO
President and Chief Executive Officer
Saint Barnabas Health Care System

November 24, 1999

J. Wes Alzadon, M.D.
50 Union Avenue, Suite 604
Irvington, New Jersey 07111

Dear Dr. Alzadon:

Please accept this letter as official notification of the action of the Medical Executive Committee regarding your suspension at its meeting on September 23, 1999.

The Chairman of the Division of Surgery summarily suspended you for a period of seven days (September 7 – 14, 1999) after you inserted a chest tube even though you lack the specific delineated privileges to perform such a procedure. In a written statement read by you to the Medical Executive Committee at its meeting on September 23, 1999, you indicated that at the time you inserted the chest tube, you were in consultation with a thoracic surgeon and had discussed the case prior to the procedure. Likewise, the patient involved did well and the quality of patient care was not jeopardized. Accordingly, the Medical Executive Committee determined not to take further action against you and/or to suspend you further.

Please contact me if we may provide any additional information.

Very truly yours,

Anita O. Jongeo, M.D.
President
Medical Staff

AOJ:jn
Cc:  Kamalakar R. Ayyagari, M.D.
     Stuart Shoengold, M.D.
     Amit Mody, M.D.
     David Mebane




832 CHANCELLOR AVENUE ▪ IRVINGTON, NEW JERSEY 07111 ▪ (973) 399-6000