

**UNIVERSITY OF KENTUCKY**
Chandler Medical Center

**Department of Surgery**
Division of General Surgery

Paul A. Kearney, M.D.
Bernard R. Boulanger, M.D.
Andrew C. Bernard, M.D.
Phillip K. Chang, M.D.

C222 General Surgery
Department of Surgery
800 Rose Street
Lexington, Kentucky 40536
859-323-6346

May 16, 2008

**Re: Jose Alzadon Medical Judgement and Technical Performance, in the case of B▮▮▮▮ F▮▮▮▮, DOB ▮▮▮▮**

To Whom It May Concern:

This letter serves as a testament to the sound clinical and surgical judgment on the part of Jose Alzadon in the case of B▮▮▮▮ F▮▮▮▮ in August 2005. Ms. F▮▮▮▮ underwent laparoscopic cholecystectomy and during that procedure Dr. Alzadon encountered unusual bleeding. He made the decision to open and I feel this decision was a wise one. There was bleeding that he could not safely control with ligatures due to the potential to exacerbate bleeding or damage the biliary tree. Furthermore, his access to blood products, particularly fresh frozen plasma and cryoprecipitate, was limited. Ms. F▮▮▮▮ had sustained appreciable blood loss and developed acidosis, hemorrhage control was achieved with packing and Dr. Alzadon correctly elected to truncate the laparotomy and return for definitive hemorrhage control when more stable.

    I gladly accepted this patient in transfer because our availability for anesthesia, blood products and critical care made our institution most appropriate to perform her relaparotomy. I performed that procedure on 08/27/2005. At her operation I found very unusual anatomy with dilated periportal veins that bled profusely with minimal manipulation. I quote from my operative note: "There were large venous collaterals flanking the common bile duct on both sides. These were in excess of 8 mm in diameter, were very large, and we encountered large volume short term blood loss on numerous occasions during the procedure as a result of these venous collaterals. They did not appear to be associated with portal hypertension and I have not witnessed such collateralization present in any such porta hepatis in my experience. Suture control was possible with Prolene suture without jeopardizing the lumen of the common bile duct. From the extent of this venous collateralization, it was quite evident how at the previous procedure, one could encounter torrential hemorrhage and once ongoing, how this could be difficult to control and certainly difficult to visualize."

    We performed a cholangiogram which revealed no biliary injury that would have resulted from the initial procedure performed by Dr. Alzadon. My blood loss

during the re-exploration in a controlled setting (knowing that blood loss had been a problem at the prior operation) was 1500cc.

I think Dr. Alzadon's judgement was careful, prudent and correct. I support what he did. Truncating the laparotomy may have saved the life of this patient with very unusual portal venous anatomy.

Sincerely,

Andrew Bernard, M.D.
Assistant Professor of Surgery