Incident Report                                                                                          Date 1-13-2020

-Incident-At approximately 10:45 AM on Monday 1-13-2020. Patient ▇▇▇▇▇▇▇ required emergency medical attention outside of the front door at KAC/NAVC 1032 Broadway, Paintsville, KY 414240 per report from several bystanders and J. Alzadon, M.D. KAC/NAVC Medical Director.

-Reported to this supervisor verbally by J. Alzadon M.D.-

- Another patient who was also reported to be outside by the front door of the facility at the time of the reported incident reportedly alerted DR. Jose Alzadon, of a patient, ▇▇▇▇, falling to the ground, hitting his head on the blacktop in front of the front steps of KAC/NAVC and presenting with symptoms anonymous with seizure activity. Dr. J. Alzadon states he immediately hurried to where the patient ▇▇▇▇ was reported to be, and seizure activity / or head trauma activity is what he witnessed from the patient. Dr. J. Alzdon informed Eloise Adams, Triage KAC/NAVC, who was with Dr. Alzadon to have 911 phoned and to get an oxygen tank and stethoscope for medical assistance to him for medical assistance for the patient. 911 was called, reportedly by several bystanders and arrived approximately 10 minutes after phoned. While waiting for the ambulance to arrive Dr. J. Alzadon reports he stayed with the client, checking his vitals with stethoscope and administered oxygen and keeping the client from further injury by keeping his head from the balack top. . Dr. Alzadon reported results from client analyzer UDS to the paramedics for best patient care. Analyzer and instant UDS requested by . J. Alzadon post seizure activity to be scanned into client Echart. NARCAN was on hand but not assessed to be needed.
The Ambulance paramedics loaded the patient on to a gurney and patient symptoms appeared to be continuing as the patient was loaded into an ambulance by paramedics. Paramedics reported they were driving patient to Paul B. HAll regional medical center E.R. for further medical assessment and Treatment.

-Dr. J. Alzadon reports that the patient was not able to give or decline consent verbally or by other means for further medical treatment and ,made no response when prompted during the entire incident.

-Dr. J. Alzadon reports that the patient had checked out from the Tx session with KAC/NAVC only seconds prior to the reported incident taking place.


-Report Filed By Jimmy. W. Arnett, M.Ed., LCADC, CSS       Date-1-13-2020 @ 12:02 PM