UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – SENTENCING

Case No.  5:23-CR-09-KKC-1        At  Lexington         Date  February 6, 2026

USA vs Jose Alzadon        X  present    ___ custody   ___ bond   X  OR   Age ___

DOCKET ENTRY: The parties appeared for sentencing as noted. The Court adopts the factual findings and the advisory guideline applications that are set forth in the Presentence Report. A copy of the letter read by the defendant shall be filed in the record. There were no objections to sentence as stated. The defendant requested a self-report date 180 days from today's proceeding to continue as primary caring for his mother in hospice care. The Court set a self-report date 90 days from today's proceeding with the caveat the defendant may request an extension by motion closer to the self-report date.

PRESENT:   HON. KAREN K. CALDWELL, U.S. DISTRICT JUDGE

| Kimberly Marsh | Lauren Gootee | Andrew E. Smith |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

Counsel for Deft    Noah Robert Friend    X  present    ___ retained    X  appointed

PROCEEDINGS:  **SENTENCING** (Non-Evidentiary)

____    Objections to Presentence Report.

  X     No objections to Presentence Report.

____    The Court Reporter shall transcribe the proceeding of the hearing on the Objections to the Presentence Report and file in the record.

  X     Court's Advice of Right to Appeal provided to defendant.

  X     Transcript shall be deemed as written findings of Court.

  X     Judgment shall be entered (See Judgment & Commitment.)

  X     Defendant to remain on bond and on conditions of release previously imposed to self-report on or before May 5, 2026 at the institution designated by the Bureau of Prisons.

____    Defendant remanded to custody of the USM.

Copies:  COR, USP, USM

Initials of Deputy Clerk    km
TIC:/38