Case: 5:23-cr-00009-KKC-MAS   Doc #: 335   Filed: 02/06/26   Page: 1 of 3 - Page ID#: 5786

Eastern District of Kentucky
FILED
FEB 0 6 2026
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

[pause]

When I entered addiction medicine, my purpose was to treat people with dignity and compassion. I remain grateful for our team and for the lives that were transformed through their efforts. At our best, we were the collaborative, coordinated practice I had envisioned when we began.

When KAC assumed control of the practice, I placed my trust in them believing they had the expertise and legal oversight to ensure compliance.

They retained legal counsel from a former deputy attorney general of KY and we received a site visit from the Executive Director of the Office of Drug Control Policy.

At the time, I genuinely believed we were operating appropriately and contributing to a meaningful purpose that was larger than any of us. I understand now, in retrospect, that reliance on others did not relieve me of my own responsibility.

[pause]

When it became clear that we were not in compliance with the law, I attempted to address the issue ~~with the company~~. I regret that I was unable to resolve my differences with the company in terms of my working relationship with the nurse practitioners in a way that would have ensured both collaboration and legal compliance.

Ultimately, it was my responsibility that the practice met all legal requirements. I regret that I did not do more, sooner, or insist on clearer safeguards.

[pause]

That failure rests with me.

This conviction has been profoundly humbling. I have lost my practice, my professional standing, and my reputation in the community I served.

Yet no loss compares to the loss of my father.

[pause]

Your Honor, as you consider my sentence, I respectfully ask that you see not only the legal facts, but also the human side of this story because I believe the good we achieved with our patients outweighed our mistakes and deficiencies.

While I accept the Court's judgment and the responsibility imposed by law, I hope the Court will recognize that the care we provided reflected our commitment to our patients, even though that commitment was not matched by proper legal judgment.

[pause]

I want to first thank Your Honor for your patience and fairness in presiding over this trial.

I also thank the government for bringing these matters to light and my attorney, Noah Friend, for his guidance throughout this process and for helping me understand the legal ramifications of what I did—and what I failed to do.

I come before the Court to express my remorse and to accept responsibility for my failures, with a clear understanding that the charges of my conviction represent violations of the law.

While I have struggled personally to reconcile this outcome with my own understanding of my intentions at the time, I fully respect the Court's judgment and accept the legal consequences that flow from it.

Being a physician is a privilege that carries an extraordinary burden of responsibility.

It demands the highest standards of integrity—not only clinically, but legally and ethically as well.

I once believed that providing excellent patient care was sufficient. I now understand that it was not.

[pause]

Good intentions do not excuse legal noncompliance, and misunderstanding the law does not absolve accountability.

I recognize that, in the eyes of the law, my father and I were two separate individuals. But in practice and in spirit, we worked as one. Whether in the operating room, the emergency room, or the office, we have worked together with a shared sense of responsibility and purpose. He has been my mentor that has shaped both my personal and professional life. I regret that I failed to appreciate how firmly the law required separation and formality. I should have been more vigilant, more cognizant of the laws, and more proactive in ensuring compliance.

[pause]

I deeply regret the consequences of my failures and I am sincerely sorry to everyone affected—my family, our patients, and our staff, especially Kristy and Barbie, who assumed responsibilities they should not have had to bear. Those responsibilities and failures were mine.

[pause]

I am especially sorry to my parents. My father passed away knowing we were under investigation. I had hoped to honor him by giving him the title of honorary medical director, but instead, in his final days, I disappointed him. That regret will remain with me for the rest of my life.

I do not deny my failures and I accept the consequences that follow from them, and I am deeply sorry for the harm caused by my failures.

In closing, I ask for your mercy and for compassion regarding my mother, for whom I am the primary caregiver. In my father's final days, this investigation weighed heavily on both of us, and I regret allowing my distress of this trial distract me from caring for him as fully as I should have. I do not want to make that mistake again with my mother.

[pause]

If it is within the Court's discretion, I respectfully request the opportunity to remain with my mother as her caregiver during her remaining time and to serve my sentence thereafter.

I thank you Your Honor, for giving me this oppprtunity to express my heart to the court.