**United States District Court for the** Eastern

**District of** Kentucky

| United States of America |
|---|

Plaintiff,

vs.                                                                                          Case No. 5:23-CR-09

| JOSE ALZADON, M.D. |
|---|

Defendant.

# NOTICE OF APPEAL

Notice is hereby given that JOSE ALZADON, M.D.,
*Name all parties taking the appeal*

hereby appeal to the United States Court of Appeals for the Sixth Circuit from

Judgment [R. 337
*The final judgment, from an order describing it*

entered in this action on the   15th   day of                     February , 2026                     .

(s) Noah R. Friend

Address: P.O. Box 310

London, KY 40741

Attorney for Jose Alzadon, M.D.

**Note to inmate filers:** If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.

cc:  Opposing Counsel ✓
     Court of Appeals ✓

6CA-3
11/16