**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL NO. 5:23-09-KKC-MAS-3** |
|     **Plaintiff,** | |
| **v.** | **ORDER** |
| **MICHAEL BREGENZER,** | |
|     **Defendant.** | |

IT IS ORDERED that an EVIDENTIARY HEARING on the Government's Motion for Preliminary Judgment of Forfeiture (DE #326) shall be held Friday, June 12, 2026, at 1:00 p.m. at the U.S. District Court at Lexington, Kentucky.

This 6th day of May, 2026.

Signed By:

*Karen K. Caldwell*
**United States District Judge**