

**Appalachian Hospice Care**

*Providing quality, compassionate care to the Big Sandy Region*

Eastern District of Kentucky
FILED

JUL 24 2026

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

June 12, 2026

To Whom It May Concern:

I am writing to verify that Fe Alzadon, 86 year old mother of Wes Alzadon, has been on hospice services with Appalachian Hospice Care since 8/26/2025. Mrs. Alzadon has rectal cancer, underwent surgery, and has an ostomy and fistula that requires care. Mrs. Alzadon is bed bound and is total care. Since admission to our hospice service, her son has been her sole caregiver. Her son prepares all her meals, administers her medications, lifts her from bed to wheelchair, changes her clothes and pull-ups, and cares for the ostomy and fistula. She gets aide services from our company two times weekly for bathing and a minimum of weekly nurse nurse visits.

Should you require any additional information or documentation, please do not hesitate to contact our office.

Sincerely,

Paula H. Wells, MD
Medical Director
Appalachian Hospice Care
606-789-3841
paulaw@apphcs.org

| Main Office | | Satellite Office | |
|---|---|---|---|
| 1414 S. Mayo Trail | P: 606-432-2112 | 1520 KY RT 1428 | P: 606-789-3841 |
| Pikeville, KY 41501 | F: 606-432-4631 | Hager Hill, KY 41222 | F: 606-789-1527 |