**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL NO. 5:23-09-KKC-MAS-1** |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **JOSE ALZADON, M.D.,** | |
| **Defendant.** | |

This matter is before the undersigned on the Motion to Extend Report Date (DE #406). Having considered the matter fully, and being otherwise sufficiently advised, IT IS ORDERED AS FOLLOWS:

1. The Motion to Extend Report Date (DE #406) is GRANTED;

2. The Defendant's report date is EXTENDED to SEPTEMBER 29, 2026;

3. The Defendant shall self-report to the designated Bureau of Prisons facility on or before 2:00 PM on September 29, 2026;

4. The incorrectly filed motion (DE #404) and the defendant's letter, filed as a pro se motion for extension of time (DE #409) are DENIED as moot.

This 30th day of July, 2026.



Signed By:

*Karen K. Caldwell*
**United States District Judge**