**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO. 5:23-cr-9-KKC-MAS**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **ORDER GRANTING UNITED STATES' MOTION TO WITHDRAW ATTORNEY OF RECORD**

**JOSE ALZADON, M.D.,**
**MICHAEL BREGENZER, AND**
**BARBIE VANHOOSE** **DEFENDANTS**

This Court GRANTS the United States' motion to withdraw as counsel of record Trial Attorney Dermot Lynch (DE #411).

August 4, 2026

**Signed By:**
***Karen K. Caldwell*** KKC
**United States District Judge**